# <u>NOTICE</u>

Effective 5/01/06, the procedure for filing a new civil case has changed. Refer to Section 4.0, page 4.1.

The Clerk's Office will open the new civil case by entering the case number, judge assignment(s),   party names (plaintiff/defendant) and attorney(s) of record.

<span style="color:red">**\*\*Case number MUST be placed on all pleadings<br>before electronically filing documents.\*\***</span>

The Clerk's Office notifies the attorney  that the case has been opened.

Documents are to be electronically filed by the attorney.  Documents are to be electronically filed in this order:

**Complaint** with **civil cover sheet** as an **attachment** to the entry.  The complaint event is located under the heading of "Complaints and Other Initiating Documents".

**<u>OR</u>**

**Notice of Removal** with **Complaint, Service of Process, Pleadings  and Orders** originally filed in state court and **civil cover sheet** as **attachments** to the entry (See 28§1446 and Rule 7(a) of FRCivP).  The Notice of Removal event is located under the heading of "Notices".

If a summons was submitted to the Clerk's Office for issuance, once the complaint has been electronically filed, the Clerk's Office will issue the summons and return to the requesting attorney.  The "summons issued" event will be electronically filed by the Clerk's Office.

(May, 2006)