UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **RESTRICTED SPENDING SOLUTIONS, LLC,** )<br>)<br>) | |
| *Plaintiff,* ) | **Case No: 08-93-MJR** |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| **APPLE, INC.,** ) | |
| ) | |
| *Defendant.* ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1, notice is hereby given by counsel of record for Plaintiff Restricted Spending Solutions, LLC, that the following corporate interests are disclosed:

1. The parent company of the corporation:

   **Acacia Patent Acquisition Corporation**

2. Subsidiaries not wholly owned by the corporation:

   **None**

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   **Acacia Research Corporation**

/
/
/
/
/
/
/
/

1

Respectfully submitted,
RESTRICTED SPENDING SOLUTIONS, LLC

By its attorneys,
SIMMONSCOOPER LLC

Dated: February 6, 2008

By: s/Paul A. Lesko
Paul A. Lesko – IL #6288806
Stephen C. Smith – IL #6279828
Jo Anna Pollock – IL #6273491
Katharine A. Wark – IL #6285247
707 Berkshire Blvd.
P.O. Box 521
East Alton, Illinois 62024
Tel: (618) 259-2222
Fax: (618) 259-2251
Email: plesko@simmonscooper.com