UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-00093-MJR-CJP |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD

Defendant Apple Inc. ("Apple") respectfully moves the Court for an extension of time, to and including April 11, 2008, within which to file and serve its responsive pleadings and/or motions in the above styled cause. In support of this motion, Apple states that the additional time is required to adequately investigate the facts and allegations contained in plaintiff's Complaint so that Apple may properly respond. The requested thirty day extension will not prejudice plaintiff nor impact on the scheduling of this case, and counsel for plaintiff has consented to the requested extension.

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

By: /s/   Joseph P. Conran                .
  Joseph P. Conran
  joe.conran@huschblackwell.com
  190 Carondelet Plaza, Suite 600
  St. Louis, MO  63105
  Office:  (314) 480-1500
  Fax:  (314) 480-1505

*Attorneys for Defendant Apple Inc.*

2922707.01

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 12th day of March 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Restricted Spending Solutions, LLC*

/s/ Joseph P. Conran