UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-00093-MJR-CJP |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

### APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Apple Inc. ("Apple"), states:

1. Apple does not have a corporate parent.

2. Apple knows of no publicly traded corporation that owns more than 10% of Apple's issued and outstanding common stock.

Dated: March 12, 2008.

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

By: /s/   Joseph P. Conran          .
  Joseph P. Conran
  joe.conran@huschblackwell.com
  190 Carondelet Plaza, Suite 600
  St. Louis, MO  63105
  Office:  (314) 480-1500
  Fax:  (314) 480-1505

*Attorneys for Defendant Apple Inc.*

2923417.01

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 12th day of March 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Restricted Spending Solutions, LLC*

/s/ Joseph P. Conran