**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | ) | |
|---|---|---|
| **Restricted Spending Solutions, LLC,** | ) | CASE NO: 08-CV-0093-MJR |
| | ) | |
| Plaintiff(s), | ) | CJRA TRACK:   C |
| | ) | JUDGE ASSIGNED:  Michael J. Reagan |
| vs. | ) | |
| | ) | JURY TRIAL: |
| Apple, Inc., | ) | June 29, 2009, 09:00 AM |
| | ) | |
| Defendant(s). | ) | FINAL PRETRIAL CONF: |
| | ) | June 12, 2009, 10:00 AM |
| | ) | |

## UNIFORM TRIAL PRACTICE AND PROCEDURES

In conformity with the Civil Justice Reform Act of 1990, and in compliance with the Civil Justice Expense and Delay Reduction Plan adopted by this Court, the following uniform procedures will apply to all <u>civil</u> cases filed in the Southern District of Illinois.

## Scheduling Practice

Trial settings and other scheduling will vary depending on the track assigned to the case by the District Judge to whom the case is randomly assigned.  There are four tracks designated "A," "B," "C," and "D."  Track A cases are set for trial 8 to 10 months after the date of first appearance by a defendant or default.  Track B cases are set for trial 11 to 14 months after the date of first appearance by a defendant or default.  Track C cases are set for trial 15 to 18 months after the date of first appearance by a defendant or default.  Track D cases are set for trial 19 to 24 months after the date of first appearance by a defendant or default.

Dockets.Justia.com

Except in cases exempted under SDIL-LR 16.2(a), the attorneys and any unrepresented parties must meet in accord with SDIL-LR 16.2(a) at least 21 days before any scheduling conference set by the Court to candidly discuss the issues in the case and potential discovery needs. **FED. R. CIV. P. 26(f).** Within 7 calendar days after this meeting, the participants must submit a Joint Report of the Parties and Proposed Scheduling and Discovery Order to the Magistrate Judge assigned to the case.

All track B, C, and D cases will be set for a scheduling and discovery conference before a Magistrate Judge within 40 days after the first appearance of a defendant in cases filed, removed, or transferred to this District Court. The scheduling conference may be canceled at the discretion of the Court following receipt of the Joint Report of the Parties regarding their initial meeting. The Magistrate Judge may approve the Joint Report of Parties and Proposed Scheduling and Discovery Order or may enter a separate scheduling order, as circumstances require.

A final pretrial conference will be held by the trial judge at least 7 days prior to the first day of the presumptive trial month. For cases assigned to Judge Reagan (assuming the parties have not consented to trial by a Magistrate Judge), a firm trial date will be assigned rather than a presumptive trial month, and the final pretrial conference will be held at least seven days before the firm trial date.

The policy of this District Court is to require the parties to confer and submit a joint Final Pretrial Order three days before the final pretrial conference. For Judge Reagan's cases, the Final Pretrial Order (if jointly prepared and <u>signed</u>) may be presented *at* the final pretrial conference. Additionally, the Final Pretrial Order must be prepared using Judge Reagan's form, which is

available on the Court's website. Log on to www.ilsd.uscourts.gov. From the options listed on the left side of the screen select "Judges." Choose "Judge Michael J. Reagan" and then "Civil Cases." The section on Final Pretrial Orders contains a hyperlink to Judge Reagan's form.

Disclosures and Discovery Practice

Except in cases exempted under SDIL-LR 26.1, the parties shall comply with the initial disclosure requirements of Federal Rule of Civil Procedure 26(a). These disclosures must be supplemented by the parties, depending on the nature of the case and any limitations placed on discovery at the scheduling conference. The disclosures and supplementation are not to be filed with the Clerk of Court.

A party may not seek discovery from another source until (a) the party seeking discovery has made its initial disclosures as required by Federal Rule of Civil Procedure 26(a), and (b) the parties have met and conferred as required by SDIL-LR 16.2(a). A party may not seek discovery from another party before such disclosures have been made by, or are due from, such other party.

The cut-off date for all discovery, including experts and third parties, shall be not later than 115 days prior to the first day of the month of the presumptive trial date (or, for Judge Reagan's cases, the firm trial date). Disclosure of experts and discovery with reference to experts and other discovery dates will be set according to the Joint Report of the Parties following their initial meeting or at the scheduling and discovery conference before the Magistrate Judge.

Motion Practice

**Motions to remand, motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, and all post-trial motions** shall be supported by a brief and accompanied by a proposed order. Proposed orders should be submitted in compliance with the procedures delineated on page 12 of the Electronic Case Filing User's Manual, which designates a special e-mail address to which proposed orders should be sent in "Word Perfect" format.

Adverse parties have 30 days after service of the movant's motion/brief to file and serve an answering brief. Movants' briefs and answering briefs shall be no longer than 20 double-spaced typewritten pages. Reply briefs, if any, shall be filed within 10 days of the filing of the answering/opposing brief and shall be no longer than 5 pages. Reply briefs are not favored and should be filed only in exceptional circumstances. Sur-reply briefs are <u>not</u> permitted.

For all **motions other than those listed above,** a supporting brief is not required. A party opposing such a motion shall have 10 days after service to file a written response. Failure to file a timely response to the motion may, in the Court's discretion, be considered an admission of the merits of the motion. A reply, if any, shall be filed within 5 days of the filing of the response.

Judge Reagan has special deadlines for **Motions in Limine** and **Daubert Motions.** Counsel should consult Judge Reagan's web page (part of the District Court's web site at [www.ilsd.uscourts.gov](www.ilsd.uscourts.gov) ) for details.

Parties may not "notice up" hearings or set oral arguments on pending motions. Any party desiring oral argument on a pending motion shall file a formal motion stating the reasons why oral argument is requested. Motions may be (1) scheduled by the Court for oral argument, (2) set for determination by telephone conference call, (3) referred to a Magistrate Judge for determination or recommendation, or (4) resolved upon the pleadings without benefit of oral argument.

**FOR THE COURT
NORBERT G. JAWORSKI
CLERK OF COURT**

◘ **Many forms referenced in this document are included as attachments to the July 2003 Revised Local Rules of this Court or may be downloaded, free of charge, from the District Court web site at www.ilsd.uscourts.gov. Be aware, however, that Judge Reagan's forms (*e.g.*, Final Pretrial Order, Exhibit List, etc.) contain modifications of the standard forms and should be downloaded directly from Judge Reagan's own web page.**

**Revised 8/31/2004**