IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RESTRICTED SPENDING SOLUTIONS, LLC,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civil No. **08-093-MJR** ) |
| **APPLE, INC.,** | ) ) |
| Defendant. | ) ) |

## **ORDER**

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant's Consent Motion for Extension of Time **(Doc. 7)** is **GRANTED.**

Defendant is granted additional time, up to and including **April 11, 2008**, in which to answer or otherwise respond to plaintiff's complaint.

**IT IS SO ORDERED.**

**DATED: March 13, 2008.**

> **s/ Clifford J. Proud**
> **CLIFFORD J. PROUD**
> **U. S. MAGISTRATE JUDGE**