IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: March 14, 2008           CASE NAME: Restricted Spending Solutions LLC vs. Apple Inc

CASE NO. : 08-93-MJR

DOCUMENT NO.: 6           DOCUMENT TITLE: **Summons Returned Executed**

One of the following errors/deficiencies has been identified in the document listed above:

☒  **Summons returned executed has been efiled using the wrong service date. Service date should be February 21, 2008, but filer used February 7, 2008 instead.**

## ACTION TAKEN BY CLERK'S OFFICE

☒  Docket entry STRICKEN.

## ACTION REQUIRED BY FILER

☒  **Document must be re-filed with corrected service date used.**

                                        Norbert G. Jaworski
                                        Clerk of Court


                                        By: s/ Lisa Braun