AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  Illinois

RESTRICTED SPENDING SOLUTIONS, LLC,

    Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

APPLE, INC.,

CASE NUMBER: 08-93-MJR

    Defendant.

TO: (Name and address of Defendant)

Apple, Inc.
c/o Registered Agent CT Corporation System
818 West Seventh Street
Los Angeles, California 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul A. Lesko
Stephen C. Smith
Jo Anna Pollock
Katharine A. Wark
SIMMONSCOOPER LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Norbert G. Jaworski

CLERK

(By) DEPUTY CLERK

February 7, 2008

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2/21/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ALONZO EDWARDS, L.A. #2938 | AGENT C/T CORP. M. SANCHEZ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  C/T CORP. 818 WEST SEVENTH ST., LOS ANGELES, CA. 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40.00 | TOTAL $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/2008
              Date            *Signature of Server*

1620 SO. BRONSON AVE. L.A. CA. 90019
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.