# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **RESTRICTED SPENDING SOLUTIONS, LLC.,** ) ) ) ) | |
| **Plaintiff,** ) ) | **CASE NO. 08-CV-93-MJR** |
| vs. ) ) | |
| **APPLE, INC.,** ) ) | |
| **Defendant.** | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance on behalf of Thompson Coburn LLP as counsel in this case for Defendant Apple, Inc.

Date: April 11, 2008

                                          /s/ Alan H. Norman  
                                          Signature  
                                          Alan H. Norman  
                                          Print Name  
                                          One US Bank Plaza  
                                          Address  
                                          St. Louis, Missouri 63101  
                                          City, State, Zip Code  
                                          314-552-6000  
                                          Phone Number  
                                          314-552-7000  
                                          Fax Number  
                                          anorman@thompsoncoburn.com  
                                          E-Mail Address

4718908.1

## Certificate of Service

I hereby certify that on April 11, 2008, I electronically filed the above Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
ssmith@simmonscooper.com
SimmonsCooper LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

*Counsel for Restricted Spending Solutions, LLC.*

    Respectfully submitted,

    /s/ Alan H. Norman
    Alan H. Norman
    Thompson Coburn LLP
    One U.S. Bank Plaza
    St. Louis, Missouri 63101
    Phone: (314) 552-6000
    Fax: (314) 552-7000
    E-mail: anorman@thompsoncoburn.com