IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
08 APR 14 AM 10: 20

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST LOUIS OFFICE

RESTRICTED SPENDING SOLUTIONS, LLC, )
)
    Plaintiff, )
)
v. ) Case No. 3:08-00093-MJR-CJP
)
APPLE INC., )
)
    Defendant. )

## ORDER

**IT IS ORDERED** that, the fee having been paid,

(Movant): <u>Henry C. Bunsow</u>.

(Firm): <u>Howrey LLP</u>.

(Address): <u>525 Market Street, Suite 3600, San Francisco, CA 94105-2708</u>.

(Telephone #): <u>415-848-4946</u>   (Fax #): <u>415-848-4999</u>.

is admitted to practice pro hac vice (for this case only) before the United States District Court for the Southern District of Illinois, as attorney for defendant, Apple Inc.

DATED: April 14, 2008

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: [signature]
    Deputy Clerk

DM_US:21136087_1

FILED
08 APR 14 AM 10: 20

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST LOUIS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Defendant. ) | Case No. 3:08-00093-MJR-CJP |

## **MOTION TO APPEAR PRO HAC VICE**
(For This Case Only)

Comes now Henry C. Bunsow, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Defendant, Apple Inc. ("Apple"), and in support of thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of California.

2. That movant is a member in good standing in the Bar as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the laws, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois in the above-entitled cause.

Dated: April 7, 2008

Respectfully submitted,

HOWREY LLP,

By: _____
Henry C. Bunsow
BunsowH@howrey.com
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Office: (415) 848-4946
Fax: (415) 848-4999

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed in paper form with the Clerk of Court and served by first class mail, postage prepaid, on all attorneys of record as indicated below, this 11 day of April, 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Restricted Spending Solutions, LLC*

*Melinda J. Koch*