IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED

08 APR 14 AM 10: 52

CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST LOUIS OFFICE

| | | |
|---|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-00093-MJR-CJP |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS ORDERED** that, the fee having been paid,

(Movant):  Ryan Moran                                                                    .

(Firm):   Howrey LLP                                                                       .

(Address):  1950 University Avenue, 4th Floor, East Palo Alto, CA 94303            .

(Telephone #): 650-798-3649                  (Fax #):  650-798-3600              .

is admitted to practice pro hac vice (for this case only) before the United States District Court for

the Southern District of Illinois, as attorney for defendant, Apple Inc.

DATED:  April 14, 2008

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: _____
        Deputy Clerk

FILED

08 APR 14  AM 10: 52

U. S. DISTRICT COURT
SOUTHERN DISTRICT OF IL
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-00093-MJR-CJP |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO APPEAR PRO HAC VICE
### (For This Case Only)

Comes now Ryan Moran, pursuant to Local Rule 83.1(b) of the United States District

Court for the Southern District of Illinois, and moves this Court to allow said movant to appear

of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of

Defendant, Apple Inc. ("Apple"), and in support of thereof states and certifies to the Court:

1.    That movant is an attorney licensed to practice law in the State of California.

2.    That movant is a member in good standing in the Bar as set forth above.

3.    That movant does not wish to be admitted generally, but for the purpose of this

case only.

4.    That movant is familiar with the laws, facts and procedures relating to the subject

matter of this litigation.

1

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois in the above-entitled cause.

Dated: April 7, 2008

Respectfully submitted,

HOWREY LLP

By: _____
Ryan Moran
MoranR@howrey.com
1950 University Ave., 4th Floor
East Palo Alto, CA 94303
Office: (650) 798-3649
Fax: (650) 798-3600

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed in paper form with the Clerk of Court and served by first class mail, postage prepaid, on all attorneys of record as indicated below, this __ll__ day of April, 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Restricted Spending Solutions, LLC*

3