IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RESTRICTED SPENDING SOLUTIONS**, **LLC,** | ) ) ) | |
| Plaintiff, | ) ) | Civil No. **08-093-MJR** |
| v. | ) ) | CJRA Track: C |
| **APPLE, INC.,** | ) ) ) | Trial Date: **June 29, 2009** |
| Defendant. | ) | |

### ORDER ADOPTING JOINT REPORT AND
### PROPOSED SCHEDULING AND DISCOVERY ORDER

Having reviewed the Joint Report of Parties and Proposed Scheduling and Discovery Order, and finding that the parties have complied with the requirements of **Fed.R.Civ.P. 26(f)** and **SDIL-LR 16.2(a)**, the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties, except that a date for the *Markman* hearing will be set by a separate order, if necessary.

The parties should note that they may modify the deadlines set in the Joint Report by written stipulation, except that they may *not* modify a date if such modification would impact the deadline for the completion of all discovery, the deadline for filing dispositive motions, or the date of any court appearance. **Fed.R.Civ.P. 29.** Any such stipulation should not be filed with the Court.

A Settlement Conference is set before Magistrate Judge Proud in accordance with **SDIL-LR 16.3(b)** on **May 19, 2009, at 9:30 a.m.** in the Federal Courthouse, East St. Louis, Illinois. The parties are to submit their Settlement Statements by **May 5, 2009.**

A Final Pretrial Conference is set before District Judge Michael J. Reagan in accordance with **SDIL-LR 16.2(b)** on **June 12, 2009, at 10:00 a.m.** in the Federal Courthouse, East St.

1

Louis, Illinois.

This case is set for a jury trial before Judge Reagan beginning on **June 29, 2009.**

**IT IS SO ORDERED.**

**DATED:** April 25, 2008.


<u>**s/ Clifford J. Proud**</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**