IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-CV-00093-MJR-CJP |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Joseph P. Conran of the law firm Husch Blackwell Sanders LLP, hereby moves to

withdraw his appearance as counsel for Apple Inc. in the above-referenced case.  Representation

of this client will continue by Thompson Coburn LLP and Howrey LLP and the attorneys with

Thompson Coburn LLP and Howrey LLP who are already involved in this case.

Dated:  May 8, 2008.          Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By: /s/   Joseph P. Conran                           .
    Joseph P. Conran
    joe.conran@huschblackwell.com
    190 Carondelet Plaza, Suite 600
    St. Louis, MO  63105
    Office:  (314) 480-1500
    Fax:  (314) 480-1505

*Attorneys for Defendant Apple Inc.*

2926780

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 8th day of May, 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

Alan H. Norman, Esq.
anorman@thompsoncoburn.com
Thompson Coburn LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

James F. Valentine, Esq.
valentinej@howrey.com
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

*Attorneys for Defendant Apple Inc.*

/s/  Joseph P. Conran