IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RESTRICTED SPENDING** | ) | |
| **SOLUTIONS**, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **08-093-MJR** |
| | ) | |
| **APPLE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, the Motion to Withdraw as Counsel

**(Doc. 28)** is **GRANTED**.

Joseph P. Conran is granted leave to withdraw his appearance as counsel for defendant

Apple., Inc.

Alan H. Norman, Christina M. Finn, Henry C. Bunsow, James F. Valentine, Jason Anderson,

and Ryan Moran remain as counsel for said defendant.

**IT IS SO ORDERED.**

**DATED: May 13, 2008.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**