## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| RESTRICTED SPENDING SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)  Case No.: 08-93-MJR-CJP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

On this day, June 30, 2008, Plaintiff RESTRICTED SPENDING SOLUTIONS, LLC and Defendant APPLE INC. announce to the Court that they have settled their respective claims for relief asserted in this cause, and request that the Court dismiss this action in its entirety with prejudice. A proposed order providing this relief is filed herewith.

WHEREFORE, the parties jointly request that all claims for relief asserted against APPLE INC. by RESTRICTED SPENDING SOLUTIONS, LLC and against RESTRICTED SPENDING SOLUTIONS, LLC by APPLE INC. herein be dismissed with prejudice, and that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| By: /s/ Paul A. Lesko<br>    Paul A. Lesko<br>    Stephen C. Smith<br>    SimmonsCooper LLC<br>    707 Berkshire Blvd.<br>    P.O. Box 521<br>    East Alton, Illinois 62024 | By: /s/ James F. Valentine<br>    James F. Valentine<br>    Howrey LLP<br>    1950 University Avenue, 4th Floor<br>    East Palo Alto, CA 94303<br>    (650) 798-3500<br>    (650) 798-3600 – *facsimile* |

| | |
|---|---|
| (618) 259-2222<br>(618) 259-2251 – *facsimile*<br>E-mail:<br>plesko@simmonscooper.com | E-mail: valentinej@howrey.com<br><br>Alan Norman<br>Thompson Coburn LLP<br>One US Bank Plaza<br>(314) 552-6000<br>(314) 552-7000 - *facsimile*<br>Email:<br>anorman@thompsoncoburn.com |