**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **RESTRICTED SPENDING SOLUTIONS, LLC,** )<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 08-CV-0093-MJR |
| ) | |
| **APPLE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**REAGAN, District Judge:**

Now before the Court is Joint Stipulation to Dismiss, with prejudice, filed by Plaintiff, Restricted Spending Solutions, LLC, and Defendant, Apple, Inc. (Doc. 30). The parties state that they have settled their respective claims for relief asserted in this cause. Plaintiff's attorney and Defendant's attorney have signed the stipulation.

Accordingly, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**, the Court hereby **DISMISSES with prejudice** this action. As stipulated, each party shall bear its own costs and attorney's fees. This matter is now **CLOSED**.

**IT IS SO ORDERED.**

**DATED this 30th day of June, 2008**

                                                                    **s/Michael J. Reagan**
                                                                    **MICHAEL J. REAGAN**
                                                                    **United States District Judge**