AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

Restricted Spending Solutions, LLC,
Plaintiff,

V.

Apple, Inc.,
Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08-cv-0093-MJR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
upon stipulation of the parties, this cause of action is dismissed with prejudice.

June 30, 2008
Date

NORBERT G. JAWORSKI
Clerk

s/Annie McGraw
(By) Deputy Clerk